# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

DANIEL BLACK,

*Plaintiff*

v.

LESLEY A. ALLAN

*Defendant*

Civil Action No. 2:14-CV-00380-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to Plaintiff's Notice of Voluntary Dismissal (ECF No. 11) and the Order Directing Entry of Judgment of Dismissal Without Prejudice (ECF No. 12), the Complaint (ECF No. 1), and the claims therein, are DISMISSED without prejudice and without costs or attorneys fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: June 3, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen